UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN SCOT COY,

        Plaintiff,                                 Case No. 1:11-CV-596

v.                                               HON. GORDON J. QUIST

COUNTY OF BARRY and
WILLIAM JOHNSON,

        Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 1, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 1, 2012, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 41) is **GRANTED**.

This case is **concluded**.


Dated: November 21, 2012                                        /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE